AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __NORTHERN DIVISION__

Cresheva Davis

V.

Regions Bank

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv264-DRB

TO: (Name and address of Defendant)

Regions Bank c/o
Charlie Paterson
BALCH & BINGHAM LLP
100 Tallapoosa Street
Montgomery, Alabama 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry Roberson
Roberson & Robeson
8 Office Park Circle
Suite 150
Birmingham, Alabama 35223

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 3/29/06