| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brenda_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Brenda Dowdy   C. Date of Delivery: 4-4-06 |
| 1. Article Addressed to:<br><br>Regions Bank c/o<br>Charlie Paterson<br>BALCH & BINGHAM LLP<br>100 Talapoosa Street<br>Montgomery, Alabama 36101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV 2640RB<br>S+C |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0000 3638 2228 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540