**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                               TELEPHONE (334) 954-3600

April 20, 2006

## NOTICE OF REASSIGNMENT

RE:    Cresheva Davis v. Regional Bank
       Civil Action No. 2:06cv00264-DRB

The above-styled case has been reassigned to District Judge Myron H. Thompson..

Please note that the case number is now 2:06cv00264-MHT. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk