IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAY -3  A 11: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CRESHEVA DAVIS, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:06cv00264-MHT |
| REGIONS BANK, ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER

Comes now Regions Bank, the Defendant in the above-styled cause and respectfully represents to the Court that the parties have, through their counsel, agreed to conduct discovery and produce documents subject to the adoption of a Consent Protective Order. Counsel for the Defendant respectfully moves the Court, with the consent of counsel for the Plaintiff, to enter the Consent Protective Order attached hereto as Exhibit "A" and incorporated by reference herein

Respectfully submitted this the 3rd day of May, 2006.

_____
Charles B. Paterson  Bar No.: ASB-1542-R73C
Kelly F. Pate  Bar No: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

167831.1

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by United States Mail properly addressed and postage prepaid and/or by facsimile, on this the 3rd day of May, 2006

>Jerry Roberson, Esquire
>Roberson & Roberson
>Suite 150
>8 Office Park Circle
>Birmingham, Alabama 35223

Respectfully submitted,

_____
Charles B. Paterson  Bar No.: ASB-1542-R73C
Kelly F. Pate  Bar No: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com