IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRESHEVA DAVIS, )<br>　　*Plaintiff,* )<br>　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>REGIONS BANK, 　　　　　　　)<br>　　*Defendant.* 　　　　　　　 )<br>　　　　　　　　　　　　　　 ) | 2:06-CV-00264-MHT |

### ORDER

　　Plaintiff's *Motion to Compel* (Doc. 12, filed July 20, 2006) specifies the parties' inability to resolve informally objections by Defendant to certain discovery requests. Accordingly, it is

　　**ORDERED** that any further submissions in support or in opposition be filed not later than July 25, 2006, for the court's determination of the Motion without oral argument.

　　DONE this 20th day of July, 2006.

　　　　　　　　　　　　　　　　　　/s/ Delores R. Boyd
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE