IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CRESHEVA DAVIS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**REGIONS BANK,** )<br>)<br>**Defendant.** )<br>)<br>) | **CIVIL ACTION NO:**<br>**2:06-cv-264-MHT** |

### NOTIFICATION OF ADDRESS CHANGE

COMES NOW the Plaintiff, Cresheva Davis, by and through her undersigned counsel of record and gives notice to the Court and opposing counsel of the following:

1. That the office of Roberson & Roberson moved their office the week of December 17, 2006.

2. That the contact information for Jerry D. Roberson will be as follows:

**New Contact Information:**

Jerry Roberson
*ROBERSON & ROBERSON*
3765 Kinross Drive
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:205.981.3906
Fax Number:205.981.3908
E-mail: jdratty@charter.net
tlbaker@charter.net

WHEREFORE, Plaintiff respectfully requests this Court and opposing counsel to note the above changes and direct any future correspondence to the address and/or

number(s) listed above.

        Respectfully submitted,

        s/Jerry Roberson
        Jerry Roberson (ROB010)
        Roberson & Roberson
        3765 Kinross Drive
        P.O. Box 380487
        Birmingham, Alabama 35238
        Telephone:   (205) 981-3906
        Fax:            (205) 981-3908
        E-mail: **jdratty@charter.net**
                **tlbaker@charter.net**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Charles B. Paterson, Esquire
Leslie E. Williams, Esquire
BALCH & BINGHAM  LLP
Post Office Box 78
Montgomery, Al. 36101-0078

        s/Jerry Roberson
        Jerry Roberson (ROB010)