IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRESHEVA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | 2:06-cv-00264-MHT-TFM |
| ) | |
| REGIONS BANK, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

Come now the parties in the above-styled cause by and through their attorneys of record and hereby stipulate and agree this matter has been resolved between the parties and that this case should be dismissed with prejudice and with each party to bear their own respective costs.

Respectfully submitted this 27th day of February, 2007.

/s/ _____
Jerry Roberson (ROB010)
Attorney for Plaintiff Cresheva Davis
Roberson & Roberson
P.O. Box 380487
Birmingham, AL 35238-0487
Telephone: (205) 981-3906
Facsimile: (205) 981-3908
E-mail: jdratty@charter.net

/s/ _____
Charles B. Paterson (PAT018)
Attorney for Defendant, Regions Bank
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com